IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| WILLIAMS MEDINA GALVEZ, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:11cv1351 (JCC/TCB) ) |
| AMERICLEAN SERVICES CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  the parties' Joint Motion for Approval of Settlement Agreement [25] is DENIED WITHOUT PREJUDICE;

(2)  the parties shall file an Amended Joint Motion to Approve Settlement Agreement within twenty-one (21) days of the date of this Order, which:

(a) includes sufficient facts and arguments upon which the Court can conclude that the proposed settlement agreement is fair and reasonable;

(b) includes sufficient information in the form of declarations, invoices, or otherwise so that the Court can assess whether the proposed award of attorneys' fees is reasonable under the lodestar method; and

(c) strikes the offending confidentiality provisions from the proposed settlement agreement;

(3) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

May 15, 2012  
Alexandria, Virginia

/s/  
James C. Cacheris  
UNITED STATES DISTRICT COURT JUDGE